DATE: 2/16/2021
NAME: Anthony Lancel
ADDRESS: 260 cypress ridge Rd
monks corner SC 29461
PHONE: 843-442-1588
CASE #: _____

ITEM X-RAYED BY
USMS
2/17/21

2021 FEB 18 PM 12:33
RECEIVED USDC
CLERK, CHARLESTON, SC